859 F.2d 150
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Mack PEYATT, Plaintiff-Appellant,
and
David A. Gill, Isaiah Maxie, Plaintiffs,
v.
A.V. DODRILL, Jr., Commissioner, WV Department of
Corrections, C.M. White, Warden, Huttonsville Correctional
Center, Joseph W. Silvester, Associate Warden, Treatment and
Classification, Defendants-Appellees.
 No. 88-6029.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 11, 1988.
Decided Sept. 15, 1988.
 
 Mack Peyatt, appellant pro se.
 Before SPROUSE and WILKINSON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Mack Peyatt appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Peyatt v. Dodrill, CA-2:88-0450 (S.D.W.Va. Apr. 4, 1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.